UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ANGELA JAECKEL and MELVIN M. FULLMER, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>FOREST PHARMACEUTICALS, INC., and FOREST LABORATORIES, INC.,<br><br>               Defendants. | MDL No. 2067<br><br>Judge Nathaniel M. Gorton<br><br>Magistrate Judge Judith G. Dein<br><br><br><br>Civil Action No.: 09-11518-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE THAT J.D. Horton, one of the counsel of record for plaintiffs Angela Jaeckel and Melvin M. Fullmer, hereby withdraws his appearance in the above-captioned matter pursuant to Local Rule 83.5.2.  Mr. Horton and the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP shall have no further involvement in this matter.  Stephen A. Swedlow remains the attorney of record for plaintiffs Angela Jaeckel and Melvin M. Fullmer.  There are currently no motions pending before the Court, no trial date has been set, and no hearings or conferences are scheduled, and no reports, oral or written, are due.

- 1 -

DATED:        January 14, 2010                    KOREIN TILLERY


                                                  By: /s/ Stephen A. Swedlow
                                                  Stephen A. Swedlow
                                                  KOREIN TILLERY
                                                  205 N. Michigan Ave., Ste. 1940
                                                  Chicago, IL 60601
                                                  Tel: (312) 899-5063
                                                  Fax: (312) 641-9555

                                                  *Attorneys for Plaintiffs Angela Jaeckel and Melvin M. Fullmer*

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Swedlow, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 14, 2010.

      /s/ Stephen A. Swedlow
      Stephen A. Swedlow
      sswedlow@koreintillery.com