UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br>CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION <br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2067 <br><br>Judge Nathaniel M. Gorton <br><br>Magistrate Judge Judith G. Dein |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 4

The Court now adopts the following discovery and class certification briefing schedule in the above-captioned litigation:

| Event | Deadline |
|---|---|
| Plaintiffs file Motion for Class Certification and related expert reports | September 17, 2012 |
| Defendants file Response to Motion for Class Certification and related expert reports | October 31, 2012 |
| Plaintiffs file Reply in Support of Motion for Class Certification and related expert rebuttal reports | November 15, 2012 |
| Oral Argument on Class Certification Motion | December 17, 2012 |
| Date by which Court issues ruling on Class Certification | January 31, 2013 |
| Designation of Plaintiffs' Experts and service of reports | February 28, 2013 |
| Designation of Defendants' Experts and service of reports | March 31, 2013 |
| Parties file Joint Report Regarding Mediation | March 31, 2013 |
| Service of Plaintiffs' Rebuttal Reports | April 30, 2013 |
| Close of Discovery (including expert depositions) | May 31, 2013 |
| Motions for Summary Judgment and *Daubert* Motions filed | June 30, 2013 |
| Responses to Summary Judgment and *Daubert* Motions filed | July 31, 2013 |

These dates supersede the dates set forth in Case Management Order No. 3, *but there will be no further extensions of these deadlines.*

SO ORDERED!

Dated: April 30, 2012         By: /s/ N.M. Gorton
                              The Honorable Nathaniel M. Gorton
                              United States District Judge