UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 2067 |
| CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION | Master Docket No. 09–MD–2067 (NMG) |
| THIS DOCUMENT RELATES TO: | Judge Nathaniel M. Gorton |
| *Fullmer et al. v. Forest Pharmaceuticals, Inc. et al.*, Case No. 09-cv-11518-NMG | |
| *Palumbo et al. v. Forest Laboratories, Inc. et al.*, Case No. 09-cv-11532-NMG | |

**PALUMBO AND JAECKEL PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the *Palumbo* and *Jaeckel* Actions ("Plaintiffs") who, pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby move for certification of the below-defined Classes and Subclasses. The proposed Classes and Subclasses are defined as follows:

1. Celexa Class: All individuals and entities (excluding governmental entities) in the United States and its territories who, for purposes other than resale, purchased, reimbursed, and/or paid for Celexa for use by a person under the age of 18 during the period from July 17, 1998, through the date this Court certifies this case as a class action.

2. Lexapro Class: All individuals and entities in the United States and its territories who, for purposes other than resale, purchased, reimbursed, and/or paid for Lexapro for use by a person under the age of 18 during the period from August 14, 2002, through the date this Court certifies this case as a class action.

Although Plaintiffs allege that their claims are meritorious and satisfy Fed. R. Civ. P. 23 across the entirety of both of the above Classes, Plaintiffs also propose alternative Subclasses for

the Lexapro Class in light of the FDA's later approval of Lexapro for pediatric patients between the ages of 12 and 17:

> a. Lexapro Subclass One: All individuals and entities (excluding governmental agencies) in the United States and its territories who, for purposes other than resale, purchased, reimbursed, and/or paid for Lexapro for use by a person under the age of 12 during the period from August 14, 2002, through the date this Court certifies this case as a class action.
>
> b. Lexapro Subclass Two: All individuals and entities (excluding governmental agencies) in the United States and its territories who, for purposes other than resale, purchased, reimbursed, and/or paid for Lexapro for use by a person 12 and 17 years of age during the period from August 14, 2002, through the date this Court certifies this case as a class action.

Excluded from the Classes and Subclasses are any claims for personal injury or death; Defendants and their subsidiaries or affiliates; officers, directors, agents or employees of Defendants; and, any judge, and their immediate family members, presiding over this case.

Certification is sought in *Jill Power, Angela Jaeckel & Melvin M. Fullmer v. Forest Pharmaceuticals, Inc., et al.*, D. Mass. C.A. No. 09-11518 ("*Jaeckel* Action" or "*Jaeckel* Plaintiffs") and *Martha and Peter Palumbo, Jayne Ehrlich and Anna Murret v. Forest Laboratories, Inc., et al.*, C.A. No. 00-11532 ("*Palumbo* Action" or "*Palumbo* Plaintiffs"). *Palumbo* and *Jaeckel* Plaintiffs also move for designation of the named Plaintiffs as Class and Subclass Representatives as follows: Peter Palumbo, Anna Murret, Melvin M. Fullmer, and Angela Jaeckel.

Plaintiffs further move for appointment of the following attorneys and their law firms as Class Counsel, pursuant to Fed. R. Civ. P. 23(g): Christopher L. Coffin of Pendley, Baudin & Coffin, and Michael Baum of Baum Hedlund, Aristei & Goldman.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and supported by the pleadings, exhibits, declarations and expert reports and such other and further document or evidence as may be filed or submitted in connection with the determination of this motion.

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that he has conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues presented in this motion. Defendants have advised that they are opposed to this motion.

Dated: September 17, 2012

Respectfully submitted by,

/s/ Christopher L. Coffin
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
P.O. Drawer 71
Plaquemine, LA 70765
Phone: (225) 687-6396
ccoffin@pbclawfirm.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 17, 2012.

Dated: September 17, 2012            Respectfully submitted,

                                                      /s/ Christopher L. Coffin
                                                    Christopher L. Coffin
                                                    Pendley, Baudin & Coffin, L.L.P.
                                                    P.O. Drawer 71
                                                    24110 Eden Street
                                                    Plaquemine, LA 70765
                                                    Tel: (225) 687-6396
                                                    Fax: (225) 687-6398
                                                    ccoffin@pbclawfirm.com

                                                    *Lead Counsel for Plaintiffs*