# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | : | MDL No. 2067 |
| | : | |
| CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION | : | Master Docket No. 09-MD-2067 (NMG) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | Judge Nathaniel M. Gorton |
| | : | |
| *Wilcox v. Forest Laboratories, et al.* 10-cv-10154-NMG | : | Magistrate Judge Judith G. Dein |
| | : | |

## PLAINTIFF SCOTT A. WILCOX'S MOTION TO CERTIFY A CALIFORNIA CONSUMER CLASS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, Scott A. Wilcox, in individual case number 10-cv-10154-NMG, by his attorneys, and files this, his motion to certify a California Consumer Class. As grounds for this motion, Plaintiff relies on and incorporates fully herein the same as if fully set forth at length his MEMORANDUM OF LAW IN SUPPORT OF CLASS CERTIFICATION, and the exhibits thereto, all of which are submitted herewith.

WHEREFORE, Plaintiff, Scott A. Wilcox, respectfully requests that the Court certify a class consisting of all individual persons in the State Of California who, for purposes other than resale, purchased, and/or paid for Celexa and/or citalopram during the period from July 25, 2003, through the present (the "Class Period") for use by a minor, and for such other and further relief to which he may be justly entitled.

DATED: September 17, 2012

Respectfully submitted,

By   /s/ Rand P. Nolen

**FLEMING, NOLEN & JEZ, LLP**
Rand P. Nolen (Pro Hac Vice)
Texas Bar No. 00788126

George M. Fleming
Texas Bar No. 07123000
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056
Telephone (713) 621-7944

**GIANNI-PETOYAN**
Laura Gianni
17383 Sunset Boulevard, Ste. A200
Pacific Palisades, CA 90272

**THE ARKIN LAW FIRM**
Sharon Arkin
333 S Grand Ave, 25th Floor
Los Angeles, CA 90071

**LAW OFFICES OF KEITH MORGAN**
Keith Morgan
Mississippi Bar No. 10319
PO Box 2393
Madison, MS 39130
1300 Hwy 51
Madison, MS 39110

**ATTORNEYS FOR PLAINTIFF SCOTT A. WILCOX**

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 17, 2012.

　　/s/ Rand P. Nolen_____
　　Rand P. Nolen