UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION <br><br> THIS DOCUMENT PERTAINS TO: <br><br> *Angela Jaeckel, et al., on behalf of themselves and all others similarly situated, v. Forest Pharms., Inc., et al.* | MDL No. 2067 <br><br> Master Docket No. 09-MD-2067-(NMG) <br><br> Judge Nathaniel M. Gorton |

**MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO THE PARTIES' JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Natalie Luster respectfully moves for leave to file a response in opposition to the Parties' Join Motion for Approval of Class Settlement [ECF No. 409]. Although Local Rule 7.1(b)(2) allows for the filing of an opposition to a motion without leave of Court, this Court's Order Granting Preliminary Approval of Settlement [ECF No. 338] did not establish a deadline for the filing of oppositions to the Parties' motion for final approval of the settlement. Accordingly, to the extent that it is required, Luster requests leave to file the attached response in opposition to the parties' motion. In support of this motion, Luster states that her response in opposition provides additional legal authority to the Court regarding a number of points asserted by Plaintiffs and Defendants for the first time in their motion, and that the response in opposition will assist the Court in evaluating the fairness and adequacy of this proposed settlement.

WHEREFORE, Natalie Luster respectfully moves for leave to file the attached Response in Opposition to the Parties' Joint Motion for Final Approval of Class Action Settlement.

Dated: July 15, 2014            Respectfully submitted,

/s/ Ryan P. McManus
Ryan P. McManus
BBO #673219
Hemenway & Barnes LLP
60 State Street
Boston, MA 02109
Phone: (617) 227-7940
Fax: (617) 227-0781
rmcmanus@hembar.com

John J. Driscoll, MO Bar No. 54729
Christopher J. Quinn, MO Bar No. 41883
The Driscoll Firm, P.C.
211 Broadway, 40th Fl.
St. Louis, MO 63102
Phone: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

Douglas P. Dowd, MO Bar No. 29240
William T. Dowd, MO Bar No. 39648
Alex R. Lumaghi, MO Bar No. 56569
Dowd & Dowd, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Phone: (314) 621-2500
Fax: (314) 621-2503
doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

*Attorneys for Natalie Luster*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Ryan P. McManus
Ryan P. McManus
