United States District Court
District of Massachusetts

| | |
|---|---|
| In re:<br><br>CELEXA AND LEXAPRO MARKETING AND<br>SALES PRACTICES LITIGATION | MDL No.<br>09-02067-NMG |
| DELANA S. KIOSSOVSKI and<br>RENEE RAMIREZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOREST LABORATORIES INC.,<br>FOREST LABORATORIES, LLC and<br>FOREST PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action No.<br>14-13848-NMG |

ORDER

GORTON, J.

Plaintiffs' motion to modify the class certification briefing schedule (Docket No. 589) is **ALLOWED** with the following change and addition:

- Plaintiffs will file a reply in support of their motion for class certification on or before January 31, 2017 and

- Oral argument on plaintiffs' motion for class certification will be held on Thursday, February 16, 2017 at 3:00 P.M.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated August 8, 2016