**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | : | MDL No. 2067 |
| | : | |
| CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION | : : | Master Docket No. 09–MD–2067 (NMG) |
| | : | Judge Nathaniel M. Gorton |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | 13–CV–13113 (NMG) |
| ALL ACTIONS | : : | 14–CV–13848 (NMG) |
| | : | |

**JOINT STATUS REPORT**

Plaintiffs and Defendants (together, "the Parties") in the above-captioned action, by and through their attorneys, in accordance with the Court's February 15, 2019 Order, provide this report on the status of this matter.

On March 8, 2019, the First Circuit issued a Mandate returning the above-captioned proceedings to the jurisdiction of this Court. Since the First Circuit's Opinion and Order was issued on January 31, 2019, the Parties have explored the possibility of mediation. The Parties have a difference of opinion regarding whether or not mediation would be productive at this point in the litigation. Plaintiffs are of the opinion that mediation would be productive, while Defendants disagree given the Parties' differing views on the scope of the claims remaining in the litigation and Plaintiffs' valuation of those claims. Consequently, the Parties have not agreed to mediate the case at this time.

The Parties therefore request a status conference to discuss next steps.

Dated: April 15, 2019

| | |
|---|---|
| By: <u>/s/ Christopher L. Coffin</u> | <u>/s/ Kristin D. Kiehn</u> |
| PENDLEY, BAUDIN & COFFIN, LLP<br>Christopher L. Coffin<br>Nicholas R. Rockforte<br>1100 Poydras St., Suite 2505<br>New Orleans, LA  70112<br>Tel: (504) 355-0086<br>Fax: (225) 687-6398 | SUGARMAN, ROGERS, BARSHAK<br>& COHEN, P.C.<br>John G. O'Neill (BBO #630272)<br>101 Merrimac Street<br>Boston, MA  02114<br>Tel: (617) 227-3030<br>Fax: (617) 523-4001 |
| BAUM, HEDLUND, ARISTEI &<br>GOLDMAN, P.C.<br>Michael L. Baum<br>R. Brent Wisner<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA  90025<br>Tel: (310) 207-3233<br>Fax: (310) 820-7444 | DEBEVOISE & PLIMPTON LLP<br>Andrew J. Ceresney<br>Kristin D. Kiehn<br>J. Robert Abraham<br>919 Third Avenue<br>New York, NY  10022<br>Tel: (212) 909-6000<br>Fax: (212) 909-6836 |
| *Attorneys for Plaintiffs* | *Attorneys for Forest Laboratories, LLC, and Forest Pharmaceuticals, Inc.* |

**CERTIFICATE OF SERVICE**

    I, J. Robert Abraham, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2019.

                                        /s/ J. Robert Abraham

                                        J. Robert Abraham