# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | |
| CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION | Master Docket No. 09–MD–2067 (NMG) |
| THIS DOCUMENT RELATES TO: | Judge Nathaniel M. Gorton |
| ALL ACTIONS | No. 13–CV–13113 (NMG) |
| | No. 14–CV–13848 (NMG) |

## STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT

WHEREAS, Painters and Allied Trades District Council 82 Health Care Fund ("Painters") commenced an action entitled *Painters v. Forest Pharmaceuticals, Inc., et al.*, No. 1:13-cv-13113 (NMG), against Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc. ("Defendants") (the "*Painters* Action").

WHEREAS, Renee Ramirez ("Ramirez") (together with Painters, the "Individual Plaintiffs") and other plaintiffs commenced an action entitled *Kiossovski et al. v. Forest Pharmaceuticals, Inc., et al*, No. 14-CV-13848 (NMG) against Defendants (the "*Kiossovski* Action");

WHEREAS, the operative complaint in the *Painters* Action is the first amended complaint filed on February 5, 2014, on behalf of Painters and all others similarly situated, in

the Multi-District Litigation captioned *In re Celexa & Lexapro Marketing & Sales Practices Litigation,* 09–MD–2067 (NMG) [DE 320] (the "*Painters* FAC");

WHEREAS, the operative complaint in the *Kiossovski* Action is the first amended complaint filed by Ramirez and plaintiff Delana Kiossovki on January 15, 2016, filed on behalf of themselves and all others similarly situated, in the Multi-District Litigation captioned *In re Celexa & Lexapro Marketing & Sales Practices Litigation,* 09–MD–2067 (NMG) [DE 535] (the "*Kiossovski* FAC");

WHEREAS, Ramirez is the sole remaining plaintiff in the *Kiossovski* Action; and

WHEREAS, to avert further litigation, and without any admission of liability or wrongdoing by either party, the Parties have entered into a confidential agreement resolving all disputes between them, including but not limited to all claims asserted in the *Painters* and *Kiossovski* Actions (the "Settlement Agreement");

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2), it is stipulated and agreed by the parties and it is hereby ORDERED that:

1. The *Painters* Action shall be dismissed in its entirety and with prejudice; and

2. The *Kiossovski* Action shall be dismissed in its entirety and with prejudice; and

3. The *Painters* FAC, 09–MD–2067 [DE 320], shall be dismissed in its entirety and with prejudice; and

4. The *Kiossovski* FAC, 09–MD–2067 [DE 535], shall be dismissed in its entirety and with prejudice;

5. This Court shall retain jurisdiction to hear any actions related to enforcement of the Settlement Agreement; and

6. The Clerk of the Court is directed to enter final judgment dismissing the *Painters* Action and *Kiossovski* Action with prejudice and in their entirety.

STIPULATED AND AGREED this 12th day of February, 2020 by:

Counsel for Defendants

By: /s/ Andrew Ceresney

DEBEVOISE & PLIMPTON LLP
Andrew Ceresney
Kristin D. Kiehn
J. Robert Abraham
Joshua E. Roberts
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
John G. O'Neill (BBO # 630272)
101 Merrimac Street
Boston, MA 02114
New York, NY 10022
Tel.: (617) 227-3030
Fax.: (617) 523-4001

*Attorneys for Defendants.*

Counsel for Plaintiffs:

By: /s/ Christopher L. Coffin

PENDLEY, BAUDIN & COFFIN, LLP
Christopher L. Coffin
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Tel.: (504) 355-0086
Fax: (504) 355-0089

BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
Michael L. Baum
R. Brent Wisner
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel.: (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs.*

IT IS SO ORDERED:

Date: _____, 2020

_____

Honorable Nathaniel M. Gorton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Joshua E. Roberts